UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
2016 OCT -4 PM 12:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 16CR 634 |
| MARGARITA SHABAZZ | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

M 16 02011

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _10-4-16_  _11_  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   _18 USC 1344_

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: _1978_

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: _Paul Fuentes_  Phone Number: _Chicago 708-612-2751_

9. Name of Pretrial Services Officer notified: _Fernando Basulto_

10. Remarks (if any): _____

11. Name: _Marie Kondzielski_ (please print)

12. Office Phone Number: _310-996-4133_    13. Agency: _FBI_

14. Signature: _SA Marie H. Kondzielski_    15. Date: _10-4-16_

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION